```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| PAUL D. MORIARTY,<br><br>        Plaintiff,<br><br>   v.<br><br>PTL. JOSEPH DIBUONAVENTURA,<br>et al.,<br><br>        Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 14-cv-2492 (JBS/AMD)<br><br>**ORDER** |

This matter having come before the Court on Defendant Washington Township Police Department's motion to dismiss Plaintiff's Amended Complaint [Docket Item 21]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **30th** day of **March**, **2015,** hereby

ORDERED that Defendant's motion be and hereby is GRANTED; and it is further

ORDERED that all claims against the Washington Township Police Department under 42 U.S.C. § 1983, and all claims against Officer DiBuonaventura in his official capacity, are DISMISSED with prejudice.

                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        Chief U.S. District Judge